IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMELINDA VALENCIA and EMELITA DEGUZMAN,<br><br>      Plaintiffs,<br><br>  v.<br><br>WELLS FARGO HOME MORTGAGE INC.,<br><br>      Defendant.<br>_____/ | No. C 14-3354 CW<br><br>ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE |

On November 7, 2014, this Court entered an order granting Defendant Wells Fargo Home Mortgage Inc.'s motion to dismiss the First Amended Complaint.  The Court granted Plaintiffs leave to amend the complaint and directed them to file an amended complaint within fourteen days of the date of the order.  To date Plaintiffs have not filed an amended complaint.  Accordingly, the Court dismisses the case without prejudice for failure to prosecute. The Clerk of the Court shall close the case.

IT IS SO ORDERED.

Dated:  November 26, 2014

CLAUDIA WILKEN
United States District Judge

United States District Court
For the Northern District of California